PER CURIAM.
AFFIRMED. See Jackson v. State, 744 So.2d 466 (Fla. 1st DCA 1999), and Woods v. State, 740 So.2d 20 (Fla. 1st DCA), rev. granted, 740 So.2d 529 (Fla.1999). As in Woods, we certify the following question as one of great public importance:
DOES THE PRISON RELEASEE REOFFENDER PUNISHMENT ACT, CODIFIED AS SECTION 775.082(8), FLORIDA STATUTES (1997), VIO *1205 LATE THE SEPARATION OF POWERS CLAUSE OF THE FLORIDA CONSTITUTION?
BARFIELD, C.J., VAN NORTWICK AND PADOVANO, JJ., CONCUR.